IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JOHN PATRICK GILBERT,**                    6:12-CV-02029-AC

        **Plaintiff,**                    ORDER

v.

**CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,**[1]

        **Defendant.**

**BROWN, Judge.**

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#24) on April 16, 2014, in which he recommends this Court reverse and remand the Commissioner's decision denying Plaintiff's applications for supplemental security income

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as Defendant in this case.  No further action need be taken to continue this case by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405. Procedure 72(b).

1 - ORDER

benefits and disability insurance benefits for further administrative proceedings.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#17).  Accordingly, the Court **REVERSES** the decision of the Commissioner as set out in the Findings and Recommendation and **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

IT IS SO ORDERED.

DATED this 15th day of May, 2014.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER